UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Michael Stephen Kelley | ) | Case Number: 16-10552-399 |
| | ) | |
| Debtor | ) | |
| | ) | Chapter 7 |
| The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWABS INC., Asset-Backed Certificates, Series 2007-12 | ) ) ) ) ) | Motion to Lift Stay filed by The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWABS INC., Asset-Backed Certificates, Series 2007-12 |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Millsap & Singer, LLC |
| Michael Stephen Kelley | ) | 612 Spirit Drive |
| | ) | St. Louis, MO 63005 |
| and | ) | (636) 537-0110 |
| | ) | |
| Tom K. O'Loughlin | ) | **Hearing Date: June 12, 2017** |
| | ) | **Hearing Time: 1:45 PM** |
| Trustee | ) | **Objection Deadline: June 5, 2017** |
| | ) | |
| Respondents | ) | |

<u>**NOTICE OF HEARING AND**
**MOTION FOR RELIEF FROM AUTOMATIC STAY (REAL PROPERTY)**</u>

**WARNING:  THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU. OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY JUNE 5, 2017.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY**


MS 183372.371318

**RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU.**

**IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING. REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.  THE HEARING TO BE HELD ON THE DATE AND TIME ABOVE BEFORE THE HONORABLE BARRY S. SCHERMER, IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT OF MISSOURI, RUSH HUDSON LIMBAUGH, SR. UNITED STATES COURTHOUSE, 555 S. INDEPENDENCE STREET, 3A, CAPE GIRARDEAU, MO 63701.**

The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWABS INC., Asset-Backed Certificates, Series 2007-12 ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of Route #1 Box 141, Ellsinore, MO 63937 (the "Property").  In further support of this Motion, Movant respectfully states:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed with respect to the Debtor on June 29, 2016. An order converting the case to a case under Chapter 7 was entered on April 12, 2017.

2. The Debtor has executed and delivered that certain promissory note in the original principal amount of $112,280.00 (the "Note"). A copy of the Note is attached hereto as Exhibit A.  Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor under the Note and the Deed of Trust with

MS 183372.371318

respect to the Loan are secured by the Property. A copy of the Deed of Trust is attached hereto as Exhibit B.

4. The legal description of the Property is set forth in the Deed of Trust, a copy of which is attached hereto, and such description is incorporated and made a part hereof by reference.

5. As of April 21, 2017, the outstanding Obligations are:

| Unpaid Principal Balance | $124,607.23 |
|---|---|
| Unpaid, Accrued Interest | $14,810.71 |
| Uncollected Late Charges | $0.00 |
| Mortgage Insurance Premiums | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $17,044.81 |
| Other Costs | $6,468.00 |
| **Less:** Partial Payments | $0.00 |
| Minimum Outstanding Obligations | $162,930.75 |

6. The foregoing Other Costs consist of the following:

| **Prepetition or Postpetition** | **Fee Description** | **Amount** |
|---|---|---|
| PRE | Inspection-Occupied | $94.05 |
| PRE | Title Fees | $285.00 |
| PRE | Attorney/Trustee Fee | $3,328.75 |
| PRE | BK Attny Plan Rvw | $150.00 |
| PRE | Mailing Fees | $101.40 |
| PRE | Recording Fees | $30.00 |
| PRE | Photos | $10.00 |
| PRE | Advertise/Publish | $718.80 |
| POST | BK Objec'n to Plan Rvw | $500.00 |
| POST | BK Proof of Claim Rvw | $225.00 |
| POST | BK Post Pet Ntc | $100.00 |
| POST | BK Attny Fees R | $200.00 |
| PRE | Title Search Fee | $725.00 |

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred $781.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.


MS 183372.371318

8. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor as of April 21, 2017:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 46 | April 1, 2012 | January 1, 2016 | $753.13 | $34,643.98 |
| 5 | February 1, 2016 | June 1, 2016 | $807.77 | $4,038.85 |
| 7 | July 1, 2016 | January 1, 2017 | $999.82 | $6,998.74 |
| 2 | February 1, 2017 | March 1, 2017 | $1,055.28 | $2,110.56 |
| 1 | April 1, 2017 | April 1, 2017 | $1,387.22 | $1,387.22 |
| **Less partial payments** | | | | ($0.00) |
| **Total** | | | | $49,179.35 |

9. The fair market value of the property is $125,000.00. The basis for such valuation is Schedules filed by the Debtor. Movant requests the Court take judicial notice of the schedules filed by the Debtor.

10. Upon information and belief, the aggregate amount of encumbrances on the Property listed in the Schedules or otherwise known, including but not limited to the encumbrances granted to Movant, is $232,930.75

11. Cause exists for relief from the automatic stay for the following reasons:

    a. Movant's interest in the property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

    b. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

MS 183372.371318

Case 16-10552   Doc 67   Filed 04/28/17   Entered 04/28/17 16:19:47   Main Document
      Pg 5 of 8

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

3. That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

4. For such other relief as the Court deems proper.

Dated April 28, 2017

           Respectfully Submitted,
           Millsap & Singer, LLC

           */s/ William T. Holmes, II*
           Cynthia M. Woolverton, #47698, #47698MO
           William T. Holmes, II, #59759, #59759MO
           Benjamin C. Struby, #56711, #56711MO
           612 Spirit Drive
           St. Louis, MO  63005
           Telephone:   (636) 537-0110
           Facsimile:   (636) 537-0067
           bkty@msfirm.com
           Attorneys for The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWABS INC., Asset-Backed Certificates, Series 2007-12

5

MS 183372.371318

## **CERTIFICATE OF SERVICE**

      I certify that a true and correct copy of the foregoing document was filed electronically on April 28, 2017, with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic filing as issued by the Court or in the alternative has been served by depositing a true and correct copy of same enclosed in a postage prepaid, properly addressed envelope, in a post office official depository under the exclusive care and custody of the United States Postal Service within the state of Missouri on those parties directed by the Court on the Notice of Electronic Filing issued by the Court as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court.

      */s/ William T. Holmes, II*

**Electronic Mail Notice List**

The following is the list of attorneys who are currently on the list to receive e-mail notices for this case.

    Jack Justin Adams

    Tom K. O'Loughlin

    Office of the United States Trustee

**Manual Notice List**

The following is a list of parties who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

    Michael Stephen Kelley
    RR2 Box 4805
    Ellsinore, MO 63937

MS 183372.371318

# NITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Michael Stephen Kelley | ) | Case Number: 16-10552-399 |
| | ) | |
| Debtor | ) | |
| | ) | Chapter 7 |
| The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWABS INC., Asset-Backed Certificates, Series 2007-12 | ) ) ) ) | Motion to Lift Stay filed by The Bank of New York Mellon FKA The Bank of New York, as trustee for the certificateholders of CWABS INC., Asset-Backed Certificates, Series 2007-12 |
| Movant, | ) | |
| vs. | ) | |
| Michael Stephen Kelley | ) | Millsap & Singer, LLC |
| | ) | 612 Spirit Drive |
| and | ) | St. Louis, MO 63005 |
| | ) | (636) 537-0110 |
| Tom K. O'Loughlin | ) | |
| Trustee | ) | |
| Respondents | ) | |

## SUMMARY OF EXHIBITS AND CERTIFICATE OF SERVICE

The following exhibits in reference to the Motion for Relief have been electronically attached as Exhibits and are available upon request in their entirety.

    A.    Note
    B.    Deed of Trust

    Respectfully Submitted,
    Millsap & Singer, LLC



MS 183372.371318

*/s/ William T. Holmes, II*
Cynthia M. Woolverton, #47698, #47698MO
William T. Holmes, II, #59759, #59759MO
Benjamin C. Struby, #56711, #56711MO
612 Spirit Drive
St. Louis, MO  63005
Telephone:   (636) 537-0110
Facsimile:    (636) 537-0067
bkty@msfirm.com
Attorneys for The Bank of New York Mellon
FKA The Bank of New York, as trustee for the
certificateholders of CWABS INC., Asset-
Backed Certificates, Series 2007-12

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of all documents supporting my Motion for Relief referenced above, including legible copies of all documents evidencing perfection of security interests have been served on the Trustee and Counsel for the Debtor on April 28, 2017.  Copies of the above documents are available to other parties in interest upon request.

*/s/ William T. Holmes, II*