# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No: 16-10552-399 |
| | ) | Chapter 13 |
| Michael Stephen Kelley, | ) | |
| | ) | |
| Debtor, | ) | Hearing Date: June 12, 2017 |
| | ) | Hearing Time: 1:45 p.m. |
| The Bank of New York Mellon, | ) | Courtroom: Cape Girardeau |
| | ) | |
| Movant. | ) | |

## DEBTOR'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW Debtor, by and through the attorney of record, and by way of Response to Movant's Motion for Relief, states to the Court as follows:

1. Debtor admits the allegations contained in paragraph 1 of Movant' motion.

2. Debtor admits the allegations contained in paragraph 2 of Movant's motion.

3. Debtor admits the allegations contained in paragraph 3 of Movant's motion.

4. Debtor admits the allegations contained in paragraph 4 of Movant's motion.

5. Debtor is without sufficient information to admit or deny the allegations contained in paragraph 5 of Movant's motion and therefore denies same.

6. Debtor is without sufficient information to admit or deny the allegations contained in paragraph 6 of Movant's motion and therefore denies same.

7. Debtor is without sufficient information to admit or deny the allegations contained in paragraph 7 of Movant's motion and therefore denies same.

8. Debtor is without sufficient information to admit or deny the allegations contained in paragraph 8 of Movant's motion and therefore denies same.

9. Debtor admits the allegations contained in paragraph 9 of Movant's motion.

10. Debtor admits the allegations contained in paragraph 10 of Movant's motion.

11. Debtor denies the allegations contained in paragraph 11 of Movant's motion.

WHEREFORE, Debtor prays this Court deny The Bank of New York Mellon's Motion for Relief, and for such further relief as this Court may deem just and proper.

Respectfully submitted,

ADAMS LAW GROUP

/s/ Jack J. Adams
JACK J. ADAMS #37791; #37791MO
Attorney for Debtor
1 Mid Rivers Mall Drive, Ste. 200
St. Peters, Missouri 63376
Ph.(636) 397-4744  Fax (636) 397-3978
contact@thinkadamslaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of foregoing was served electronically or by first class mail this June 5, 2017 to the following:

Thomas K. O'Loughlin
Chapter 7 Trustee
1736 N. Kingshighway
Cape Girardeau, MO 63701

United States Trustee
111 S. Tenth Street, Suite 6353
St. Louis, MO 63102

William T. Holmes
Millsap & Singer LLC
612 Spirit Drive
St. Louis, MO 63005

Michael Kelley
RR2 Box 4805
Ellsinore, MO 63937

/s/ Christy Henke
Christy Henke, Paralegal