**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Case No.  16-10552-399 |
| | ) | |
| MICHAEL STEPHEN KELLEY, | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| TOM K. O'LOUGHLIN II, Trustee, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary No. 18-01007-399 |
| | ) | |
| MICHAEL STEPHEN KELLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On August 28, 2018, the above-captioned adversary proceeding came before me for trial.  Plaintiff, Tom K. O'Loughlin II, Trustee, appeared through counsel, J. Patrick O'Loughlin.  Michael Stephen Kelly appeared *pro se*.  Evidence was adduced.  Upon careful consideration and based on the findings of fact and conclusions of law set forth on the record on August 28, 2018, it is hereby

**ORDERED** that judgment shall enter in favor of Tom K. O'Loughlin II, Trustee, and against Defendant, Michael Stephen Kelly, in that the discharge of Michael Stephen Kelly in Chapter 7 Bankruptcy Case No. 16-10552-399 is hereby **VACATED AND SET ASIDE IN ITS ENTIRETY AS REVOKED** pursuant to 11 U.S.C. §727(d)(2).  All other relief requested in the Complaint is denied.

DATED:  August 28, 2018
St. Louis, Missouri

ckie

Barry S. Schermer
United States Bankruptcy Judge

1

**Copies to:**

J. Patrick O'Loughlin
O'Loughlin, O'Loughlin & Koett
1736 N. Kingshighway
Cape Girardeau, MO 63701

Michael Stephen Kelley
RR2 Box 4805
Ellsinore, MO 63937

Jack Justin Adams
Adams Law Office
1 Mid Rivers Mall Dr, Ste #200
St. Peters, MO 63376

Trustee
Tom K. O'Loughlin, II
O'Loughlin, O'Loughiln & Koetting, L.C.
1736 N Kingshighway
Cape Girardeau, MO 63701

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102


ALL CREDITORS AND PARTIES IN INTEREST AS SET FORTH ON THE MATRIX