UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 16-10552-399 |
| ) | |
| MICHAEL STEPHEN KELLEY, ) | Chapter 7 |
| ) | |
| Debtor, ) | |
| ) | |
| TOM K. O'LOUGHLIN II, Trustee, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adversary No. 18-01007-399 |
| ) | |
| MICHAEL STEPHEN KELLEY, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered separately this day, judgment is entered in favor of Tom K. O'Loughlin II, Trustee, and against Defendant, Michael Stephen Kelly, in that the discharge of Michael Stephen Kelly in Chapter 7 Bankruptcy Case No. 16-10552-399 is hereby **VACATED AND SET ASIDE IN ITS ENTIRETY AS REVOKED** pursuant to 11 U.S.C. §727(d)(2). All other relief requested in the Complaint is denied.

DATED: August 28, 2018
St. Louis, Missouri
cke

_____
Barry S. Schermer
United States Bankruptcy Judge

1

**Copies to:**

J. Patrick O'Loughlin
O'Loughlin, O'Loughlin & Koett
1736 N. Kingshighway
Cape Girardeau, MO 63701

Michael Stephen Kelley
RR2 Box 4805
Ellsinore, MO 63937

Jack Justin Adams
Adams Law Office
1 Mid Rivers Mall Dr, Ste #200
St. Peters, MO 63376

Trustee
Tom K. O'Loughlin, II
O'Loughlin, O'Loughiln & Koetting, L.C.
1736 N Kingshighway
Cape Girardeau, MO 63701

U.S. Trustee
Office of US Trustee
111 S Tenth St, Ste 6.353
St. Louis, MO 63102


ALL CREDITORS AND PARTIES IN INTEREST AS SET FORTH ON THE MATRIX