# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In re: KELLEY, MICHAEL STEPHEN | § | Case No. 16-10552 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 26, 2017.  The undersigned trustee was appointed on April 26, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $              2,486.00

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 3.04 |
| Bank service fees | 160.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 2,322.96 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 10/31/2016
and the deadline for filing governmental claims was 12/26/2016.  All claims of each class
which will receive a distribution have been examined and any objections to the allowance
of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any
claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is
$621.50.  To the extent that additional interest is earned before case closing, the maximum
compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the
sum of $97.57, for a total compensation of $97.57.[2] In addition, the trustee
received reimbursement for reasonable and necessary expenses in the amount of $0.00
and now requests reimbursement for expenses of $116.05, for total expenses of
$116.05.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the
foregoing report is true and correct.

Date: 02/01/2019          By:/s/Tom K. O'Loughlin II
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph
may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-10552
**Case Name:** KELLEY, MICHAEL STEPHEN

**Period Ending:** 02/01/19

**Trustee:** (450300)  Tom K. O'Loughlin II
**Filed (f) or Converted (c):** 04/12/17 (c)
**§341(a) Meeting Date:** 06/09/17
**Claims Bar Date:** 10/31/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RR 2 Box 4805, Ellsinore, MO 63937-0000, Carter | 125,000.00 | 0.00 | | 0.00 | FA |
| 2 | RR 2 Box 4805, Ellsinore, MO 63937-0000, Carter | 117,000.00 | 0.00 | | 0.00 | FA |
| 3 | Cash | 75,000.00 | 2,486.00 | | 2,486.00 | FA |
| 4 | Checking: First Midwest Bank checking account #7 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Checking: U.S. Bank checking account #8275 | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Savings: First Midwest Bank savings account #201 | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Savings: First Midwest Bank savings account (min | 50.00 | 0.00 | | 0.00 | FA |
| 8 | Miscellaneous household goods and furnishings | 1,400.00 | 0.00 | | 0.00 | FA |
| 9 | Books, DVDs, CDs | 500.00 | 0.00 | | 0.00 | FA |
| 10 | Computer | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Spare parts, shotgun (home defense) | 400.00 | 0.00 | | 0.00 | FA |
| 12 | Used clothing | 100.00 | 0.00 | | 0.00 | FA |
| 13 | Wedding rings (man and woman) | 250.00 | 0.00 | | 0.00 | FA |
| 14 | Costume jewelry | 110.00 | 0.00 | | 0.00 | FA |
| 15 | Earrings | 75.00 | 0.00 | | 0.00 | FA |
| 16 | 2 cameras, 4 fishing rods, tackle box, 1 saddle | 425.00 | 0.00 | | 0.00 | FA |
| 17 | 2002 Volkswagon Jetta, 208,000 miles. Entire pro | 1,000.00 | 0.00 | | 0.00 | FA |
| 18 | 1997 Dodge Ram 1500, 274,800 miles. Entire prope | 2,000.00 | 0.00 | | 0.00 | FA |
| 19 | 1995 Ford Explorer, 270,000 miles. Entire proper | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1988 Ford F150, 226,000 miles. Entire property v | 500.00 | 0.00 | | 0.00 | FA |
| 21 | 1995 BMW 3251, 160,465 miles, not running. Entir | 500.00 | 0.00 | | 0.00 | FA |
| 22 | 1978 Crawler Dozer, does not run. Entire propert | 0.00 | 0.00 | | 0.00 | FA |
| 23 | 1 calf, 2 horses, 3 cows, 3 bulls, 8 cats, 6 dog | 4,250.00 | 0.00 | | 0.00 | FA |
| 24 | Fence tool driver | 20.00 | 0.00 | | 0.00 | FA |
| 25 | Supplies | 120.00 | 0.00 | | 0.00 | FA |
| 26 | 2004 4-wheeler | 450.00 | 0.00 | | 0.00 | FA |
| 27 | Adversary Complaint against Bank of Grandin  (u) | 0.00 | 45,528.24 | | 0.00 | FA |

Printed: 02/01/2019 03:18 PM  V.14.50

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 16-10552

**Case Name:**   KELLEY, MICHAEL STEPHEN

**Period Ending:** 02/01/19

**Trustee:**   (450300)   Tom K. O'Loughlin II

**Filed (f) or Converted (c):**   04/12/17 (c)

**§341(a) Meeting Date:**   06/09/17

**Claims Bar Date:**   10/31/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28    Complaint Objecting to Discharge  (u) | 0.00 | Unknown | | 0.00 | FA |
| **28**    **Assets**    **Totals** (Excluding unknown values) | **$330,750.00** | **$48,014.24** | | **$2,486.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Adversary Complaint (Ref. # 27) scheduled for hearing on May 8, 2018.

Complaint Objecting to Discharge (Ref. #28) scheduled for pre-trial conference on May 8, 2018.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2019        **Current Projected Date Of Final Report (TFR):**   March 31, 2019

Exhibit B

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-10552 | **Trustee:** Tom K. O'Loughlin II (450300) |
| **Case Name:** KELLEY, MICHAEL STEPHEN | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5066 - Checking Account |
| **Taxpayer ID #:** **-***2466 | **Blanket Bond:** $54,523,076.00 (per case limit) |
| **Period Ending:** 02/01/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/15/17 | {3} | Diana S. Daugherty | Chapter 13 proceeds (Doc. #73) | 1129-000 | 2,486.00 | | 2,486.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,476.00 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,466.00 |
| 08/02/17 | 101 | Tom K. O'Loughlin II | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/02/2017 FOR CASE #16-10552, Bond reimbursement | 2300-000 | | 0.42 | 2,465.58 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,455.58 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,445.58 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,435.58 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,425.58 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,415.58 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,405.58 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,395.58 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,385.58 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,375.58 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,365.58 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,355.58 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,345.58 |
| 08/06/18 | 102 | Tom K. O'Loughlin II | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 08/06/2018 FOR CASE #16-10552 | 2300-000 | | 2.62 | 2,342.96 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,332.96 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,327.96 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 5.00 | 2,322.96 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 2,486.00 | 163.04 | **$2,322.96** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 2,486.00 | 163.04 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$2,486.00** | **$163.04** | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 16-10552 |
| **Case Name:** | KELLEY, MICHAEL STEPHEN |
| **Taxpayer ID #:** | **-***2466 |
| **Period Ending:** | 02/01/19 |

| | |
|---|---|
| **Trustee:** | Tom K. O'Loughlin II (450300) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5066 - Checking Account |
| **Blanket Bond:** | $54,523,076.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5066** | **2,486.00** | **163.04** | **2,322.96** |
| | **$2,486.00** | **$163.04** | **$2,322.96** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 31, 2016

**Case Number:** 16-10552
**Debtor Name:** KELLEY, MICHAEL STEPHEN

Page:  1

**Date:** February 1, 2019
**Time:** 03:19:10 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No.  / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| COURT 199 | Ms. Dana C. McWay, U. S. Bankruptcy Court Clerk<br>U. S. Bankrupty Court<br>Eastern District of Missouri | Admin Ch.  7 | Claim allowed | $700.00 | $0.00 | 700.00 |
| 200 | Tom K. O'Loughlin II<br>1736 North Kingshighway<br>Cape Girardeau, MO 63701 | Admin Ch.  7 | | $621.50 | $0.00 | 621.50 |
| 200 | Tom K. O'Loughlin II<br>1736 North Kingshighway<br>Cape Girardeau, MO 63701 | Admin Ch.  7 | | $739.25 | $0.00 | 739.25 |
| ATTORNEY 200 | J. Patrick O'Loughlin<br>O'Loughlin, O'Loughlin & Koetting, L.C.<br>1736 North Kingshighway<br>Cape Girardeau, MO 63701 | Admin Ch.  7 | Claim allowed | $12,550.00 | $0.00 | 12,550.00 |
| ATTORNEY 200 | J. Patrick O'Loughlin<br>O'Loughlin, O'Loughlin & Koetting, L.C.<br>1736 North Kingshighway<br>Cape Girardeau, MO 63701 | Admin Ch.  7 | Claim allowed | $187.24 | $0.00 | 187.24 |
| 6 100 | Bank of America<br>PO BOX 31785<br>Tampa, FL 33631-3785 | Secured | Secured | $0.00 | $0.00 | 0.00 |
| 8 100 | Missouri Agricultural & Small Business Development Authority<br>1616 Missouri Blvd.<br>Jefferson City, MO 65102 | Secured | | $0.00 | $0.00 | 0.00 |
| 8 -2 100 | Missouri Agricultural & Small Business Development Authority<br>1616 Missouri Blvd.<br>Jefferson City, MO 65102 | Secured | Secured | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Bank of America<br>P.O. Box 31690<br>Tampa, FL 33631 | Secured | 0169 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Bank of Grandin<br>P.O. Box 235<br>Grandin, MO 63943 | Secured | 2502 | $0.00 | $0.00 | 0.00 |
| 1 610 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595 | Unsecured | Claim allowed | $5,279.52 | $0.00 | 5,279.52 |
| 2 610 | St. Francis Medical Center<br>211 St. Francis Drive<br>Cape Girardeau, MO 63703 | Unsecured | Claim disallowed | $0.00 | $0.00 | 0.00 |

## E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 31, 2016

**Case Number:** 16-10552
**Debtor Name:** KELLEY, MICHAEL STEPHEN

Page: 2

**Date:** February 1, 2019
**Time:** 03:19:10 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 610 | Midland Funding LLC PO Box 2011 Warren, MI 48090 | Unsecured | Claim allowed | $133.69 | $0.00 | 133.69 |
| 4 610 | ST FRANCIS C/O H AND R ACCOUNTS INC PO BOX 672 MOLINE, IL 61265 | Unsecured | Claim disallowed | $0.00 | $0.00 | 0.00 |
| 5 610 | AT&T Mobility II LLC %AT&T SERVICES INC.,KAREN A. CAVAGNARO PARALEGAL,ONE AT&T WAY, SUITE 3A104 BEDMINSTER, NJ 63937 | Unsecured | Claim allowed | $1,070.81 | $0.00 | 1,070.81 |
| NOTFILED 610 | American Express World Financial Center New York, NY 10285 | Unsecured | 1002 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AT&T Mobility 1025 Lenox Park Blvd. NE Atlanta, GA 30319 | Unsecured | 1814 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Big Springs Medical Association 110 South Second Street Ellington, MO 63638 | Unsecured | 3001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Big Springs Medical Clinic 405 Main Street Van Buren, MO 63965 | Unsecured | 3001 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cape Girardeau Surgical Clinic 60 Doctor's Park Cape Girardeau, MO 63703 | Unsecured | 7900 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cape Girardeau Surgical Clinic 60 Doctor's Park Cape Girardeau, MO 63703 | Unsecured | 7900 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One Mastercard 1680 Capital One Drive Me Lean, VA 22102 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One Mastercard 1680 Capital One Drive Me Lean, VA 22102 | Unsecured | 2504 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Capital One/SPVI, LLC 500 Summit Lake Drive Valhalla, NY 10595 | Unsecured | 5079 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Centurylink do AFNI, Inc. P.O. Box 3427 Bloomington, IL 61701 | Unsecured | 3378 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Card Services 270 Park Avenue New York, NY 10017 | Unsecured | 9455 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 31, 2016

**Case Number:** 16-10552
**Debtor Name:** KELLEY, MICHAEL STEPHEN

Page: 3

**Date:** February 1, 2019
**Time:** 03:19:10 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Conoco/Phillips Union 76/Citi Bank<br>P.O. Box 689059<br>Des Moines, IA 50368 | Unsecured | 1664 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Discover Card<br>502 E. Market Street<br>Greenwood, DE 19950 | Unsecured | 9655 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Discover It Card<br>502 E. Market Street<br>Greenwood, DE 19950 | Unsecured | 5412 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Dish Network<br>9601 S. Meridian Blvd.<br>Englewood, CO 80112 | Unsecured | 9987 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Emergency Services of Legatus<br>16091 Swingley Ridge Road<br>Chesterfield, MO 63017 | Unsecured | 5254 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fast Trash Service LLC<br>P.O. Box 282<br>Doniphan, MO 63935 | Unsecured | 0059 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gamma Health Care Inc.<br>do Professional Credit, Management<br>P.O. Box 4037<br>Jonesboro, AR 72403 | Unsecured | 7228 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Heartland Radiology, Inc.<br>do RSH & Assodates LLC<br>P.O. Box 14515<br>Lenexa, KS 66285 | Unsecured | 4310 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Home Depot Credit Services<br>2455 Paces Ferry Road SE<br>#B#3<br>Atlanta, GA 30339 | Unsecured | 8098 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | IBA-Midland Anesthesia<br>do Credit Bureau Services<br>Cape Girardeau, MO 63703 | Unsecured | 0100 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | JCP (Synchrony Bank)<br>200 Crossing Blvd.<br>Suite 101<br>Bridgewater, NJ 08807 | Unsecured | 3791 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mick's Garage<br>P.O. Box 8025<br>Granite City, IL 62040 | Unsecured | ey01 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Missouri Agricultural & Smaii Business<br>Development Authority<br>1616 Missouri Blvd.<br>Jefferson City, MO 65102 | Unsecured | 92WI | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 31, 2016

**Case Number:** 16-10552  
**Debtor Name:** KELLEY, MICHAEL STEPHEN

Page: 4

**Date:** February 1, 2019  
**Time:** 03:19:10 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Neurologic Associates of Cape Girardeau<br>3250 Gordonville Road<br>Suite 206<br>Cape Girardeau, MO 63703 | Unsecured | 7338 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Septic Saviour USA<br>600 Fairway Drive<br>Deerfield Beach, FL 33441 | Unsecured | 3990 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Southern Missouri Sleep Center<br>11222 Tesson Ferry Road<br>Suite 100<br>Saint Louis, MO 63123 | Unsecured | 4410 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center<br>211 St. Francis Drive<br>Cape Girardeau, MO 63703 | Unsecured | 3501 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center<br>Anesthesia Department<br>211 St. Francis Drive<br>Cape Girardeau, MO 63703 | Unsecured | 3478 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center<br>P.O. Box 739<br>Moline, IL 61266 | Unsecured | 6586 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center<br>P.O. Box 739<br>Moline, IL 61266 | Unsecured | 2991 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center<br>P.O. Box 739<br>Moline, IL 61266 | Unsecured | 1543 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center<br>do H&R Accounts, 4625 6th Street SW<br>Suite 2<br>Cedar Rapids, IA 52404 | Unsecured | 7545 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Center Anesthesia<br>211 St. Francis Drive<br>Cape Girardeau, MO 63703 | Unsecured | 3478 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | St. Francis Medical Partners LLC<br>P.O. Box 843225<br>Kansas City, MO 64184 | Unsecured | 1297 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | USDA NFC - FMMI COD Collections<br>P.O. Box 979099<br>Saint Louis, MO 63179 | Unsecured | 5021 | $0.00 | $0.00 | 0.00 |
| 7 620 | Heartland Radiology, Inc.<br>c/o RSH & Associates LLC<br>P.O. Box 14515<br>Lenexa, KS 66285 | Unsecured | Claim allowed | $96.00 | $0.00 | 96.00 |
| **<< Totals >>** | | | | 21,378.01 | 0.00 | 21,378.01 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-10552
Case Name: KELLEY, MICHAEL STEPHEN
Trustee Name: Tom K. O'Loughlin II

**Balance on hand:**                                             $                2,322.96

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:     $                0.00
Remaining balance:                           $            2,322.96

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Tom K. O'Loughlin II | 621.50 | 0.00 | 97.57 |
| Trustee, Expenses - Tom K. O'Loughlin II | 739.25 | 0.00 | 116.05 |
| Attorney for Trustee, Fees - J. Patrick O'Loughlin | 12,550.00 | 0.00 | 1,379.95 |
| Attorney for Trustee, Expenses - J. Patrick O'Loughlin | 187.24 | 0.00 | 29.39 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

Total to be paid for chapter 7 administration expenses:     $            2,322.96
Remaining balance:                                            $                0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:     $                0.00
Remaining balance:                                               $                0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,484.02 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cavalry SPV I, LLC | 5,279.52 | 0.00 | 0.00 |
| 3 | Midland Funding LLC | 133.69 | 0.00 | 0.00 |
| 5 | AT&T Mobility II LLC | 1,070.81 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 96.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | Heartland Radiology, Inc. | 96.00 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: **$**               0.00

Remaining balance:                              **$**              0.00

**UST Form 101-7-TFR (05/1/2011)**